# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**720**
**CAF 15-01141**

PRESENT: WHALEN, P.J., CARNI, LINDLEY, DEJOSEPH, AND NEMOYER, JJ.

---

IN THE MATTER OF DOUGLAS C. MACHADO,
PETITIONER-APPELLANT,

V                                    MEMORANDUM AND ORDER

CHANDRA V. TANOURY, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

KOSLOSKY & KOSLOSKY, UTICA (WILLIAM L. KOSLOSKY OF COUNSEL), FOR
PETITIONER-APPELLANT.

CARA A. WALDMAN, FAIRPORT, FOR RESPONDENT-RESPONDENT.

MICHELE E. DETRAGLIA, ATTORNEY FOR THE CHILD, UTICA.

------------------------------------------------------------------------

Appeal from an order of the Family Court, Oneida County (Randal
B. Caldwell, J.), entered May 5, 2015 in a proceeding pursuant to
Family Court Act article 6.  The order dismissed the petition.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs.

Same memorandum as in *Matter of Machado v Tanoury* ([appeal No. 1]
___ AD3d ___ [Sept. 30, 2016]).

Entered:  September 30, 2016                    Frances E. Cafarell
                                               Clerk of the Court